FILED

01/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0594

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 20-0594

TOWN OF EKALAKA

     Plaintiff/Appellee,

v.

EKALAKA VOLUNTEER FIRE DEPARTMENT, INC.

     Defendant/Appellant.

CAUSE NO.: DA 20-0594

**ORDER ON APPELLANT'S UNOPPOSED MOTION TO EXTEND OPENING BRIEF DEADLINE FOR 60 DAYS**

Motion having been made by the Appellant to extend opening brief deadline for 60 days, and for good cause shown therein, is hereby GRANTED.

The Appellant's opening brief will be due on March 30th, 2021.

DATED this ___ day of January, 2021.

_____
Justice

ORDER ON UNOPPOSED MOTION TO EXTEND OPENING BRIEF DEADLINE FOR 60 DAYS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 29 2021